In the Matter of the Will of JOHN L. CURLEY, Deceased. JAMES A. MARTIN, Executor of JOHN L. CURLEY, Deceased, et al., Appellants; GRACE S. CURLEY et al., Respondents.

(Argued October 23, 1935; decided November 20, 1935.)

*Patrick J. Dobson* and *Maurice A. Krisel* for James A. Martin, as executor of John L. Curley, deceased, appellant.

*Walter Jeffreys Carlin,* as special guardian of Margaret Curley, an incompetent, appellant.

*Mortimer M. Cassidy* and *Laurence L. Cassidy* for St. Matthew's Roman Catholic Church, respondent.

*Edward L. Kelly, Gardnier Conroy* and *Reginald S. Hardy* for St. Mary's Roman Catholic Church, respondent.

*Jacob L. Holtzmann, Almeth W. Hoff* and *Vincent T. Follmar* for Grace S. Curley, respondent.

Order affirmed, with costs to the widow respondent, payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.